UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 04 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:22CR 0001 KGB |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. §922(g)(1) |
| | ) | 18 U.S.C. §924(c) |
| JULIUS M. HENRY, aka Juvie, and | ) | 21 U.S.C. §§ 841(a)(1), |
| LATILYA S. PAYNE | ) | 841(b)(1)(B) and (C) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about February 7, 2020, in the Eastern District of Arkansas, the defendant,

JULIUS M. HENRY, aka Juvie,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2

On or about July 14, 2020, in the Eastern District of Arkansas, the defendant,

JULIUS M. HENRY, aka Juvie,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3

On or about August 27, 2020, in the Eastern District of Arkansas, the defendants,

JULIUS M. HENRY, aka Juvie and LATILYA S. PAYNE,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 4

On or about November 19, 2020, in the Eastern District of Arkansas, the defendant,

JULIUS M. HENRY, aka Juvie,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 5

A.   On or about June 4, 2021, the defendant,

JULIUS M. HENRY, aka Juvie,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of a controlled substance with intent to deliver, two counts, in Mississippi County, Arkansas, Circuit Court in Case Number CR-2007-172;

2. Battery second degree on a peace officer, in Miller County, Arkansas, Circuit Court in Case Number 2009-397;

3. Delivery of a controlled substance cocaine, two counts, in Craighead County, Arkansas, Circuit Court in Case Number CR-2012-1073; and,

    4.      Battery First Degree, in Craighead County, Arkansas, Circuit Court in Case Number CR-2013-0170.

  B.      On or about June 4, 2021, in the Eastern District of Arkansas, the defendant,

JULIUS M. HENRY, aka Juvie,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus, 9mm pistol, bearing serial number ACD750926, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 6

On or about June 4, 2021, in the Eastern District of Arkansas, the defendant,

JULIUS M. HENRY, aka Juvie,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7

On or about June 4, 2021, in the Eastern District of Arkansas, the defendant,

JULIUS M. HENRY, aka Juvie,

knowingly and intentionally possessed a firearm, that is: a Taurus, 9mm pistol, bearing serial number ACD750926, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 6 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1, 2, 3, 4, or 6 of this Indictment, the defendants, JULIUS M. HENRY, aka Juvie, and LATILYA S. PAYNE shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1, 2, 3, 4, or 6 of this Indictment, the defendants, JULIUS M. HENRY, aka Juvie, and LATILYA S. PAYNE shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3, 4, 5, 6 or 7 of this Indictment, the defendants, JULIUS M. HENRY, aka Juvie, and LATILYA S. PAYNE shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.